STATE of Missouri, Respondent,

v.

Spencer T. VAUGHN, Appellant.

No. ED 105213

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: November 7, 2017

ATTORNEYS FOR APPELLANT:
Carol D. Jansen, Woodrail Centre, 1000 W.
Nifong, Building 7, Suite 100, Columbia,
MO 65203.

ATTORNEYS FOR RESPONDENT:
Andrew T. Bailey, Kelly L. King, Warren
County Prosecuting Attorney's Office, 104
West Main Street, Suite E, Warrenton,
MO 63383.

Before Robert G. Dowd, Jr., P.J. and
Sherri B. Sullivan and Kurt S. Odenwald,
JJ.

**ORDER**

PER CURIAM.

Spencer Vaughn appeals from the judg-
ment entered on his conviction after a
bench trial for third-degree assault of a
corrections officer. The evidence was suffi-
cient to support the conviction, and we
affirm.

An opinion would have no precedential
value nor serve any jurisprudential pur-
pose. The parties have been furnished with
a memorandum for their information only,

setting forth the reasons for this order pursuant to Rule 30.25(b).